UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Louis L. Ligon III ,

Plaintiff,

v.

Meta Platforms, Inc. ,

Defendant.

Case No. 25-cv-03959-RMI

**MOTION TO SUBSTITUTE LAW FIRM; ~~PROPOSED~~ ORDER**

On behalf of (party name) Meta Platforms, Inc. , the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Michelle L. Visser, Orrick, Herrington & Sutcliffe LLP

Name(s) of counsel withdrawing from representation and firm name:

Jeffrey D. Horst and Kana Caplan, Krevolin & Horst, LLC

Date: 5/19/2025

**[~~PROPOSED~~] ORDER**

    The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: March 30, 2026

ROBERT M. ILLMAN
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California