UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LOUIS L. LIGON III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS INC.,<br><br>　　　　　Defendant. | Case No.  25-cv-03959-RMI<br><br>**JUDGMENT** |

On April 28, 2026, this court entered an Order granting Defendant's Motion to Dismiss and allowing Plaintiff thirty days to file an amended complaint. (Order, Dkt. 66.) The time for filing the amended complaint has now passed, and Plaintiff has not filed an amended complaint or any other document. Accordingly, the Order dismissing this case is now final and this case is dismissed with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the court hereby **ENTERS** judgment in accordance with that Order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 23, 2026

_____
ROBERT M. ILLMAN
United States Magistrate Judge